## MINNESOTA & D. CATTLE CO. v. ATCHISON, T. & S. F. RY. CO.*

(Circuit Court of Appeals, Eighth Circuit. July 9, 1906.)

No. 2,277.

In Error to the Circuit Court of the United States for the District of Kansas.

For opinion below, see 129 Fed. 480; 135 Fed. 135.

R. E. Ball, for plaintiff in error.

Gardiner Lathrop and C. Angevine (Robert Dunlap, Wm. R. Smith and Angevine & Cubbison, on the brief), for defendant in error.

Before SANBORN, HOOK, and ADAMS, Circuit Judges.

HOOK, Circuit Judge. This case is like that of Empire State Cattle Company (just decided), 147 Fed. 457. The two cases were tried together and the facts, with some exceptions not material here, were the same, as were also the proceedings in the trial court.

For the reasons stated in the opinion in the preceding case the judgment in this is affirmed.